1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE VELASQUEZ,                     1:04-cv-06376-REC-DLB-P

12              Plaintiff,         **ORDER ADOPTING FINDINGS AND**
                                   **RECOMMENDATIONS** (Doc. 14)
13   vs.
                                   **ORDER DISMISSING ACTION**
14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS, et al.,
15
                Defendants.
16   _____/

17

18        Plaintiff, Jose Velasquez ("plaintiff"), a state prisoner

19   proceeding pro se and in forma pauperis, has filed this civil

20   rights action seeking relief under 42 U.S.C. § 1983.  The matter

21   was referred to a United States Magistrate Judge pursuant to 28

22   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

23        On December 22, 2005, the Magistrate Judge filed Findings

24   and Recommendations herein which were served on plaintiff and

25   which contained notice to plaintiff that any objections to the

26   Findings and Recommendations were to be filed within twenty (20)

27   days.  To date, plaintiff has not filed objections to the

28   Magistrate Judge's Findings and Recommendations.

                                  1

1   In accordance with the provisions of 28 U.S.C.

2   § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3   de novo review of this case.  Having carefully reviewed the

4   entire file, the Court finds the Findings and Recommendations to

5   be supported by the record and by proper analysis.

6   Accordingly, IT IS HEREBY ORDERED that:

7   1.   The Findings and Recommendations, filed December 22,

8   2005, are ADOPTED IN FULL; and,

9   2.   This action is DISMISSED for plaintiff's failure to

10  obey the court's order of October 21, 2005, and for failure to

11  state a claim upon which relief may be granted.

12  IT IS SO ORDERED.

13  **Dated:  February 15, 2006**              **/s/ Robert E. Coyle**
    668554                          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28